COMPAÑÍA DE FIANZAS DE PUERTO RICO, recurrente, *v.* EL REGISTRADOR DE LA PROPIEDAD DE MAYAGÜEZ, LIC. JOSÉ M. RAMÍREZ DE ARELLANO, recurrido.

*Número:* O-75-483     *Resuelto:* 15 de diciembre de 1975

*E. Martínez Rivera* y *Edelmiro Martínez, Jr.,* abogados de la recurrente; El Registrador recurrido compareció por escrito.

■ PER CURIAM: Para el 3 de mayo de 1974 cuando la recurrente presentó su instancia en el Registro, disponía el Art. 388-C de la Ley Hipotecaria (30 L.P.R.A. sec. 705) que los registradores de la propiedad procederían a cancelar de oficio o a instancia de parte las anotaciones de embargo por razón de contribuciones, al transcurrir cuatro años desde la fecha de la anotación.[1] Invocando dicho artículo, la Compa-

_____

[1] Por Ley Núm. 125 de 23 de julio de 1974, con efectividad retroactiva a 1° de julio de 1974, este Art. 388-C de la Ley Hipotecaria fue radicalmente enmendado adquiriendo el siguiente texto:

ñía de Fianzas presentó instancia al Registrador de Maya-
güez solicitando la cancelación por caducidad de dos embargos
por contribuciones anotados a favor del Estado Libre Asociado
sobre finca adquirida por la promovente en ejecución de sen-
tencia contra su deudor Antonio C. Pagán. El Registrador
suspendió la inscripción interesada por constituir dicho gra-
vamen la garantía del plan de pagos a que se había acogido el
contribuyente moroso, a tenor de la Ley Núm. 8 de 10 de abril
de 1964, que en su Sec. 5 dice: "Se faculta al Secretario de
Hacienda a someter a, y se ordena, a los Registradores de la
Propiedad a inscribir el total de la deuda incluida en los
planes de pagos autorizados por esta ley como gravámenes
sobre cualquier propiedad del deudor a fin de garantizar el
cumplimiento de la obligación contraída. El gravamen así
anotado quedará vigente hasta tanto el deudor haya satis-
fecho totalmente la deuda."

■ La citada Ley de 1964, posterior en vigencia al invo-
cado Art. 388-C de la Ley Hipotecaria, regula con especiali-
dad la vida de este embargo contributivo extendiéndolo por
el tiempo que esté pendiente la deuda y por lo tanto prevalece
sobre cualquier otra disposición general que autorice cancela-
ciones en el Registro. Se ajusta a derecho la actuación del
Registrador porque estos embargos no han caducado.

*La nota recurrida será confirmada.*

---

"Los registradores de la propiedad procederán a cancelar de oficio o a
instancia de parte las anotaciones de embargo por razón de contribuciones,
al transcurrir seis años desde la fecha de la anotación salvo que se acredite
debidamente el pago de la deuda contributiva que dio lugar al embargo.
El Registrador de la Propiedad, si antes de la fecha en que una anotación
de embargo resulte cancelable hubiere sido notificado por escrito por el
Secretario de Hacienda del inicio del procedimiento de cobro de las
sumas aseguradas por el embargo, se abstendrá de cancelar de oficio dicha
anotación y denegará cualquier solicitud que a tal efecto le fuere hecha
dentro del año siguiente a la notificación."